UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lamont D. Henry<br>Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI<br>v.<br><br>Lamont D. Henry<br>Kenneth E. West<br>Respondents | CASE NO.: 23-13768-djb<br><br>CHAPTER 13<br><br>Judge: Derek J. Baker<br><br>Hearing Date: November 6, 2025 at 11:00 AM<br><br>Objection Deadline: October 23, 2025 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

SN Servicing Corporation as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI (on behalf of itself and together with any successor and/or assign, "Movant") hereby moves this Court for an Order (i) pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1910 Carter Rd, Folcroft, PA 19032 ("Property") and (ii) for such other and further relief as is just and proper. In support of this Motion, Movant respectfully states:

1. Movant is the holder of a Note executed by Lamont D. Henry dated December 11, 2015, whereby Lamont D. Henry promised to repay $88,161.00 plus interest to Nations Lending Corporation (the "Original Lender"). To secure the repayment of the Note, Lamont D Henry executed a Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Nations Lending Corporation, encumbering the Property commonly known as 1910 Carter Rd,

Folcroft, PA 19032, which Mortgage was recorded in the Official records of Delaware County at Book BK05754, Page 0450 (hereinafter "Mortgage"). Other than liens with statutory priority, Movant's mortgage is in first lien position. The Mortgage was ultimately assigned to Movant by an Assignment of Mortgage. Lamont D Henry entered into a Loan Modification Agreement, effective May 1, 2019, which created a new principal balance in the amount of $89,845.22. A copy of the Note, Mortgage and Assignments of Mortgage are attached hereto as **Exhibit A**.

2. The Petition under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor Lamont D. Henry on December 13, 2023.

3. This Court has jurisdiction over this case and this motion pursuant to 28 U.S.C. §§ 157 and 1334.

4. Venue of this case and this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The Debtor has failed to make current mortgage payments due under the terms of the Loan. As a result, the Loan remains post-petition due for June 1, 2025, and each subsequent payment thereafter.

6. Pursuant to 11 U.S.C. § 362(d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate protection of an interest in property of such party and interest."

7. Specifically, courts have found cause for the granting of relief from an automatic stay where the debtor has failed to make post-petition mortgage payments as they become due. In Re Taylor, 151 B.R. 646, 648 (Bankr. E.D.N.Y. 1993).

8. Movant respectfully requests reasonable attorney fees in the amount of $1,350.00 and costs in the amount of $199.00.

**WHEREFORE**, Movant respectfully requests an Order of this Court vacating the automatic stay and for such other, further and additional relief as to this Court may deem just, proper and equitable.

                Dated: October 9, 2025
                By: /s/ Lauren M Moyer
                Lauren M. Moyer, Esq.
                **FRIEDMAN VARTOLO LLP**
                Attorneys for SN Servicing Corporation as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI
                1325 Franklin Avenue, Suite 160
                Garden City, NY 11530
                T: (212) 471-5100
                F: (212) 471-5150
                Bankruptcy@FriedmanVartolo.com