UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Lamont D. Henry<br>                 Debtor | CASE NO.: 23-13768-djb |
| | CHAPTER 13 |
| SN Servicing Corporation as Servicer<br>for U.S. Bank National Association, not<br>in its individual capacity but solely as<br>trustee for PRP Trust, Series 2024<br>Cottage-TT-VI<br>v. | Judge:  Derek J. Baker<br><br>Hearing Date: November 6, 2025<br><br>Objection Deadline: October 23, 2025 |
| Lamont D. Henry<br>Kenneth E. West<br>                 Respondents | |

## DECLARATION IN SUPPORT OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

I, Kathryn Watson , certify the following to be true under penalty of perjury:

1.      I am employed as a Bankruptcy Supervisor for SN Servicing Corporation as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI (the "Movant") and am authorized to execute this declaration on behalf of Movant. This declaration is offered in support of the Motion for Relief from the Automatic Stay annexed hereto.

2.      In my capacity as Bankruptcy Supervisor, I have access to Movant's business records, including the business records for and relating to the loan of the Debtor, Lamont D. Henry, secured by the real property known as 1910 Carter Rd, Folcroft, PA 19032 (the "Property"). The facts stated in this declaration are based upon information that I have obtained by reviewing records maintained in the ordinary course of business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at

or near the time of the event described.

3.    According to business records, Lamont D. Henry executed and delivered a Note dated December 11, 2015, in favor of Nations Lending Corporation (the "Original Lender"), in the original principal amount of $88,161.00. The Note is secured by a Mortgage executed and delivered by the Mortgage Electronic Registration Systems, Inc., as nominee for Nations Lending Corporation to Original Lender.

4.    As of August 29, 2025, the total obligations to Movant less any partial payment and suspense balance is $106,599.91.

5.    As of August 29, 2025, the Debtor is post-petition due for June 1, 2025. The post-petition default is broken down as follows:

| Monthly payments due | Amount |
|---|---|
| Missed Payments 06/01/2025 - 09/01/2025 @ $1,137.37 each | $4,549.48 |
| Suspense | $(1,059.35) |
| MFR Fees/Costs | $1,549.00 |
| **Total** | $5,039.13 |

### Post-Petition Payment Breakdown

6.    The total amount of post-petition arrearage/delinquency is $5,039.13. The next post-petition payment will become due on October 01, 2025 in the amount of $1,137.37.

7.    I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed this 30ᵗʰ day of September 2025

Signature

Name Kathy Watson

Bankruptcy Supervisor
Title